THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:24-cr-00136-SDJ-AGD |
| | § | |
| MIGUEL ANGEL COMPEAN | § | |
| | § | |
| | § | |

**MEMORANDUM ADOPTING THE REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On November 12, 2024, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #12) that Defendant's sentence be eight months imprisonment, to run consecutively to the sentence imposed in case No. 4:23-CR-00107, with no supervised release to follow.

Having received the Report of the United States Magistrate Judge (Dkt. #12) and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge (Dkt. #11), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court. Accordingly, Defendant is hereby sentenced to eight months imprisonment, to run consecutively to the sentence imposed in case No. 4:23-CR-00107, with no supervised release to follow.

**So ORDERED and SIGNED this 3rd day of January, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE